UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  **Bankruptcy Case No.:** 19−12615
Michael Parman  **Chapter** 13
**Debtor**

# NOTICE OF DEFICIENCY

**To:** Caylyn Albarado

Your **Claim** is/are deficient for the following reason(s):

Document filed using incorrect event code.

Please re−file using event code Bankruptcy/File Claims

Related document(s):

Proof of Claim Attachment 3001(c)(1) and (d) (Claim # ) (Attachments: # 1 Proof of Claim) (Albarado, Caylyn)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, November 20, 2019.  Jennifer Nunnery
Deputy Clerk