UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MICHAEL PARMAN            CASE NO. 19-12615

SECTION B

**DEBTOR**            **CHAPTER 13**

**MOTION FOR TURNOVER AND FOR SANCTIONS FOR
VIOLATION OF AUTOMATIC STAY**

NOW INTO COURT, through undersigned counsel, comes the debtor, Michael Parman, who respectfully represents to the Court as follows:

1.

On September 26, 2019, the debtor commenced a voluntary case under chapter 13 of the bankruptcy code which was assigned case number 19-12615 in this Court.

2.

Debtor's schedules list a debt owed to Louisiana Child Support (hereinafter "LCS"), a priority creditor. LCS is included in the mailing matrix, to which notice of this bankruptcy was sent.

3.

According to debtor's post-petition payment advices, debtor has been garnished on each post-petition check in the amount of $138.46 per pay period. Debtor is paid by his employer on a weekly basis. Debtor has received seventeen (17) post-petition payment advices, and each has included a $138.46 wage garnishment for child support.

4.

On or about October 21, 2019, undersigned counsel for the debtor sent a letter to La Child Support Enforcement, demanding that the debtor's $553.84 (only four post-petition garnishments had occurred by that time) be turned over within 7 days. A copy of this letter is attached hereto as *Exhibit B*.

5.

On December 18, 2019, undersigned counsel for the debtor mailed a second letter via certified mail to LCS. A copy of this letter is attached hereto as *Exhibit C*. The letter was delivered on December 23, 2019. A copy of the certified mail receipt and delivery confirmation is attached hereto as *Exhibit D*.

6.

Despite amicable demand, LCS has failed to turnover funds seized in violation of the stay.

7.

LCS was notified and had actual knowledge of this pending bankruptcy. They have subsequently filed Proof of Claim Number 16 (POC-16) in the present case.

11.

LCS' violation of the stay has caused the debtor financial hardship, stress, and anxiety.

WHEREFORE, the Debtor prays that this Court enter an Order:

a) Declaring Louisiana Child Support guilty of civil contempt by willfully violating the automatic stay granted herein;

b) Awarding the debtor compensatory and punitive damages, plus attorney's fees and costs pursuant to 11 U.S.C. § 362(h) and for contempt of Court;

c) Directing Louisiana Child Support Enforcement to turnover all funds seized post-petition; and

d) Granting such additional relief as it deems necessary or proper.

RESPECTFULLY SUBMITTED:

/s/ Christopher A. Sisk
Christopher A. Sisk, #34836
830 Union St., Suite 301
New Orleans, Louisiana 70112
Telephone: (504) 799-9987
Facsimile: (504) 500-3376
Attorney for the Debtor